**Order filed October 24, 2013.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-13-00711-CV**

————————

## IN RE ULLICO CASUALTY COMPANY, ET AL., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 60307**

## O R D E R

On August 9, 2013, relators, Ullico Casualty Company, Contego Recovery LLC, Contego Services Group, LLC, Patriot Underwriters, Inc., Patriot National Insurance Group, Inc., Steven M. Mariano, Linda Webb, Richard Wersinger, Patriot Risk Services, Inc., and Patricia Kelty, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relators ask this court to order the Honorable Ben Hardin, Judge of 23rd District Court, in Brazoria County, Texas, to set aside his August 5, 2013 orders (1) granting partial summary judgment in favor of real parties interest and (2) denying relators' opposed motion for entry of an order confirming the stay of all proceedings, entered in trial court cause number 60307,

styled *Charlene Hembree, et al. v.Thermal Polymer System, LC, et al.*

Relators filed concurrently with their petition for writ of mandamus a motion to stay the trial court proceedings, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.10. On August 12, 2013, we granted relators' motion to stay the trial court proceedings.

We **ORDER** the **STAY** of all trial court proceedings **LIFTED**. Relators' petition for writ of mandamus remains pending in this court.

We further **ORDER** this proceeding set for oral argument on **Thursday, December 5, 2013, at 1:30 p.m.** in accordance with this court's notice of submission.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Donovan.